

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00378-CR

Gerald Angel Olveda **MOTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9430
Honorable Steve Hilbig, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 26, 2017.

_____
Patricia O. Alvarez, Justice